February 20, 2023

TO: Whom May Concern: Regarding Judgement for Federal Tort Claim. Against F.B.O.P. And Acting Agents U.S Marshals.

In March of 2022. I filed a Federal Tort Claim Form 95 with B.O.P Official. The 6 month grace period for them to Respond is past Due I never heard Anything.

I humbly come to the court as a layman seeking Justice through mercy Because I can't afford a Attorney.

✶ Back Round. ✶

In July of 2020 I was Revocated. I got Sentenced Aug 13 2020 By Judge Jarvey to 4 months. I was picked up By U.S Marshals July 16 2020 and wasn't Released till Nov 30 2020. When I was Released From Federal Holding Muscatine County Jail. And was told they have no paper for me and was told to Release me. I'm asking for compasation for the Extra 2 week I was held. My P.O was Brain MayLoerry. My Attorney Andrea Mason. I'm writing this letter in good faith hoping I get Justice. If there is any other info you need let me know. But U.S Marshals have Documentation. So does Grand Prarie TX as I'm Detained in Scott County Jail at the moment. Please let me know what else I need to do.

Sincerely
Anthony Sun

RECEIVED
FEB 23 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Anthony Sullivan/Scott Cty Jail
400 W 4th St
Davenport, IA 52801

Deposit funds at
www.inmatecanteen.com

Clerk of Court
U.S District Court
131 E 4th St
Davenport, IA 52801